

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00199-CR

Saul **BOSQUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 17-03-0200-CRA
Honorable Lynn Ellison, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED December 18, 2019.

Liza A. Rodriguez, Justice